ABSTRACT OF JUDGMENT

Re: Nationwide Judgment Recovery, Inc. v. ALLEYNE, PEARL E

Case Number:   1:20-mc-348

| Name(s) and Address(es) of Parties against whom Judgment(s) have been obtained | Name(s) and Address(es) of Parties in whose favor Judgment(s) have been obtained |
|---|---|
| ALLEYNE, PEARL E<br>945 TELLER AVE APT 2C<br>BRONX, NY 10451 | Nationwide Judgment Recovery, Inc.<br>8452 Katella Ave<br>Stanton, CA 90680 |

| Amount of Judgment(s) | Name(s) and Address(es) of Attorney(s) | Entry Date of Judgment(s) |
|---|---|---|
| $169,248.71 | Plaintiff:<br><br>Jeffrey M. Parrella<br>Parrella & Associates, LLC<br>550 Broad St, Suite 1001<br>Newark, NJ 07102<br><br>Defendant: | October 22, 2020 |

UNITED STATES OF AMERICA,
CLERK'S OFFICE U.S. DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

I CERTIFY that the foregoing is a correct Abstract of the Judgment

Dated:   New York, New York

RUBY J. KRAJICK, Clerk of Court

By, Deputy Clerk