# UNITED STATES DISTRICT COURT

| Southern | District of | New York |

Nationwide Judgment Recovery, Inc.
                    Plaintiff (s),
V.

PEARL E ALLEYNE
                    Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:20-mc-348

Notice is hereby given that, subject to approval by the court, __Nationwide Judgment Recovery, Inc__ substitutes
(Party (s) Name)

__Steven Cohen, Esq.__, State Bar No. __1715556__ as counsel of record in
(Name of New Attorney)

place of __Jeffrey Parrella, Esq.__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Cohen & Cohen Law, LLC.
Address: 540 East 180th Street, Suite 203, Bronx, NY 10457
Telephone: (212) 564-1900          Facsimile (212) 954-5566
E-Mail (Optional): kcohen@stevencohenlaw.com

I consent to the above substitution.
Date: 1/16/24

Jonathan Goldberg, on behalf of Nationwide Judgement Recovery, Inc.
_(Signature of Party (s))_

I consent to being substituted.
Date: 1/15/24

Jeffrey M. Parrella, Esq.
_(Signature of Former Attorney (s))_

I consent to the above substitution.
Date: 1/18/24

_(Signature of New Attorney)_

The substitution of attorney is hereby approved and so ORDERED.

Date: _____          _____
                                                                            Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**